**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JACQUE OJADIDI, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:16-cv-02833-JAD-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALLSTATE PROPERTY AND CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Daniel B. Heidtke's ("Counsel") Motion to Remove Counsel from CM/ECF Service List (ECF No. 52), filed on January 30, 2017.

Counsel brings this motion on behalf of the law firm Duane Morris LLP, who represents Defendant Allstate Property and Casualty Insurance Company. Counsel represents that Christopher B. Yeh, Esq.—an associate at Duane Morris LLP—should be removed from the CM/ECF service list because he practices out of the Los Angeles, California office, is not licensed in Nevada, and does not intend to apply for *pro hac vice* status here. Mr. Yeh was only counsel of record for Defendant while this case was in the Central District of California. Since this matter has been transferred to this district, Counsel represents that attorneys with the Las Vegas, Nevada office of Duane Morris LLP will continue to represent Defendant. The Court finds that counsel has provided good cause to justify granting Mr. Yeh's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Daniel B. Heidtke's Motion to Remove Counsel from CM/ECF Service List (ECF No. 52) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Christopher B. Yeh, Esq. from the CM/ECF service list in this case.

DATED this 31st day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge